| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>Lucinna Oscar | Case No.: | 16-29457-SLM |
| | Chapter: | 13 |
| | Judge: | Stacey L. Meisel |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Lucinna Oscar _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.


Date: 8/27/21 _____        /s/ Lucinna Oscar _____
                                     Debtor's Signature

**IMPORTANT**:

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*