**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lucinna Oscar** | Social Security number or ITIN   xxx–xx–9144 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–29457–SLM | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lucinna Oscar

12/1/21

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-29457-SLM |
| Lucinna Oscar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 01, 2021 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lucinna Oscar, 1520 Gregory Avenue, Union, NJ 07083-5517 |
| cr | + | SN Servicing Corporation, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Waterfall Victoria Grantor Trust II, Series G, thr, Statebridge Company, LLC, 5680 Greenwood Plaza Blvd., Suite 100S, Greenwood Village, CO 80111-2404 |
| 516441692 | + | Acs/deptofed, 501 Bleecker St, Utica, NY 13501-2401 |
| 516446339 | + | Andrew M. Lubin, Esq., Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 516667275 | + | BONY as trustee CWALT, Inc ALT 2006-26CB Series 20, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 516446338 | + | Bank of America, P.O. Box 31885, Tampa, FL 33631-3885 |
| 519051624 | + | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 516441701 | + | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 516441702 | + | Fedloan, Po Box 60610, Harrisburg, PA 17106-0610 |
| 516441704 | + | Hlll Wallack LLP, 21 Roszel Road, Princeton, NJ 08540-6669 |
| 516441705 | + | Investors Savings Bank, 249 Millburn Avenue, Millburn, NJ 07041-1743 |
| 516446519 | + | Jean B. Gabriel, 75 Wolf Place, Hillside, NJ 07205-1025 |
| 516441708 | + | Lord&taylor, P.o. Box 1628, Maryland Heights, MO 63043-0628 |
| 516451090 | | Statebridge, 5680 Greenwood Plaza Blvd., Suite 100 S, Englewood, NJ |
| 516441711 | + | Statebridge Company, 4600 S Syracuse St Ste 7, Denver, CO 80237-2768 |
| 516441717 | | Us Dept Ed, Po Box 4222, Iowa City, IA 52244 |
| 516656060 | + | Waterfall Victoria Grantor Trust II, Series G, c/o Statebridge Company, LLC, 5680 Greenwood Plaza, Suite 100S, Greenwood Village, CO 80111-2404 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bknotices@snsc.com | Dec 01 2021 20:36:00 | SN Servicing Corp, 323 5th Street, Eureka, CA 95501 |
| 516441693 | | EDI: BANKAMER.COM | Dec 02 2021 01:33:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 516441694 | + | EDI: CITICORP.COM | Dec 02 2021 01:33:00 | Citibank / Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 516441695 | + | EDI: CITICORP.COM | Dec 02 2021 01:33:00 | Citibank Sears, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 516441696 | + | EDI: CITICORP.COM | Dec 02 2021 01:33:00 | Citibank, NA, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 516441697 | + | EDI: CITICORP.COM | Dec 02 2021 01:33:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 516441699 | + | EDI: WFNNB.COM | Dec 02 2021 01:33:00 | Comenity Bank/Dress Barn, Po Box 182789, Columbus, OH 43218-2789 |
| 516441698 | + | EDI: WFNNB.COM | Dec 02 2021 01:33:00 | Comenity Bank/anniesez, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 516441700 | + | Email/Text: bknotice@ercbpo.com | Dec 01 2021 20:35:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 516441703 | + | Email/Text: fggbanko@fgny.com | Dec 01 2021 20:35:00 | Forster, Garbus & Garbus, Esqs., 7 Banta Place, Hackensack, NJ 07601-5604 |
| 516441707 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 01 2021 20:35:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 516546923 | + | EDI: MID8.COM | Dec 02 2021 01:33:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516441710 | + | EDI: SWCR.COM | Dec 02 2021 01:33:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 516441712 | + | EDI: RMSC.COM | Dec 02 2021 01:33:00 | Syncb/Lord & Taylor, Po Box 965015, Orlando, FL 32896-5015 |
| 516441713 | + | EDI: RMSC.COM | Dec 02 2021 01:33:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 516441714 | + | EDI: RMSC.COM | Dec 02 2021 01:33:00 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516441715 | + | EDI: RMSC.COM | Dec 02 2021 01:33:00 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 516441716 | | EDI: TFSR.COM | Dec 02 2021 01:33:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 517338908 | + | Email/Text: bknotices@snsc.com | Dec 01 2021 20:36:00 | US Bank Trust National Association, c/o SN Servicing, 323 5th Street, Eureka CA 95501-0305 |
| 517338909 | + | Email/Text: bknotices@snsc.com | Dec 01 2021 20:36:00 | US Bank Trust National Association, c/o SN Servicing, 323 5th Street, Eureka CA 95501, US Bank Trust National Association, c/o SN Servicing 95501-0305 |
| 516570880 | | EDI: ECMC.COM | Dec 02 2021 01:33:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 516441718 | + | EDI: VERIZONCOMB.COM | Dec 02 2021 01:33:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 516441719 | + | EDI: CITICORP.COM | Dec 02 2021 01:33:00 | Visa Dept Store National Bank, 9111 Duke Blvd, Mason, OH 45040-8999 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516441706 | | Jean Gabriel |
| 516441709 | | Midland Funding, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 01, 2021 | Form ID: 3180W | Total Noticed: 44 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:**

**Name**        **Email Address**

Andrew M. Lubin
　　on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Elizabeth K. Holdren
　　on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G, through its servicer, Statebridge Company, LLC eak@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Jonathan C. Schwalb
　　on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
　　on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the SCIG Series III Trust bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
　　on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Linwood A. Jones
　　on behalf of Debtor Lucinna Oscar linwoodjonesesq@gmail.com  jones.linwooda.r102478@notify.bestcase.com

Marie-Ann Greenberg
　　magecf@magtrustee.com

Phillip Andrew Raymond
　　on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-26CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-26CB phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

TOTAL: 8